IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 06-243-3 |
| | : | |
| v. | : | CIVIL ACTION No. 11-3344 |
| | : | |
| SAMMER YASIN | : | |

**<u>ORDER</u>**

AND NOW, this 24th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Sammer Yasin's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Document 191) is DISMISSED. Yasin having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

It is further ORDERED Yasin's Motion to Expedite (Document 197) is DENIED as moot.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.